UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31247 |
|---|---|
| BRIAN J. SKIDMORE | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 3 | EVERHOME MORTGAGE<br>8100 NATIONS WAY<br>JACKSONVILLE, FL  32256 | 1,471.46 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service                     06-31247

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| BRIAN J. SKIDMORE | KATHLEEN MEZHER | (3.1) |
| 512 WEST MAIN STREET | 8075 BEECHMONT AVE | EVERHOME MORTGAGE |
| BLANCHESTER, OH  45107 | SECOND FLOOR | 8100 NATIONS WAY |
| | CINCINNATI, OH  45255 | JACKSONVILLE, FL  32256 |
| (31.1n) | (32.1n) | |
| JOHN JANSING | PORTFOLIO RECOVERY ASSOCIATES | |
| 124 E THIRD ST | BOX 41067 | |
| SUITE 300 | NORFOLK, VA  23541 | |
| DAYTON, OH  45402 | | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    cs